UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:13-MJ-01113

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MOTION TO WITHDRAW |
| | ) | AS COUNSEL OF RECORD |
| ANGELA CHRISTINA LAINEZ-FLORES | ) | |

NOW COMES the undersigned counsel, Nardine Mary Guirguis, and moves this Honorable Court for an order allowing her to withdraw as counsel of record in the above referenced case. The undersigned counsel respectfully shows unto the Court the following in support of this motion:

1. The undersigned counsel was Court appointed and thereafter made an appearance in the above referenced case on May 21, 2013.

2. Since then the undersigned counsel has diligently engaged in serving defendant's best interests.

3. On May 23, 2013 undersigned counsel was informed that the defendant's family had retained other counsel.

WHEREFORE, for the aforementioned reasons the undersigned counsel respectfully requests that this Honorable Court enter an order allowing the undersigned counsel to withdraw as counsel of record for the Defendant.

Respectfully submitted this 23rd day of May, 2013.

GUIRGUIS LAW, PA

/s/ Nardine Mary Guirguis
Nardine Mary Guirguis
Attorney for the Defendant
434 Fayetteville St., Suite 2350
Raleigh, North Carolina 27601
Telephone: (919) 832-0500
nardine@guirguislaw.com

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon the Assistant Attorney for the United States electronically at the following address:

>Gaston Williams
>Assistant United States Attorney
>310 New Bern Ave., Suite 800
>Gaston.Williams@usdoj.gov
>Raleigh, North Carolina 27601-1461

This 23rd day of May, 2013.

>GUIRGUIS LAW, PA
>
>/s/Nardine Mary Guirguis
>Nardine Mary Guirguis
>Attorney for the Defendant
>434 Fayetteville St., Suite 2350
>Raleigh, North Carolina 27601
>Telephone: (919) 832-0500
>Nardine@GuirguisLaw.com